UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00002 |
| | ) Chief Judge Haynes |
| JASON HUTCHERSON | ) |

MOTION TO SET PLEA HEARING

The defendant, Jason Hutcherson, through counsel, hereby gives notice to this Honorable Court of his intent to enter a plea of guilty in the above-styled case. This case is currently set for trial on Tuesday, November 19, 2013. The parties have finalized the plea agreement. Thus, the defendant respectfully requests that this case be set for a plea hearing the week of September 16, 2013, with the exclusion of September 16, a date when Mr. Boucek is not available.

Counsel for the defendant has consulted with Assistant U.S. Attorney, Braden Boucek, who represents the government in this case and he is in agreement that the case should be set for a plea hearing during that week, with the exception of September 16, 2013.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2013, I electronically filed the foregoing Motion to Set for Plea with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Braden Boucek, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN

*Handwritten annotation by judge:* ORDER — This motion is GRANTED. The plea hearing is set for September 16, 2013 at 1:30 pm. [signature] 8-22-13