UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00002 |
| | ) Chief Judge Haynes |
| JASON HUTCHERSON | ) |

SUPPLEMENTAL JOINT MOTION TO SET PLEA HEARING

Come the parties, Braden Boucek, Assistant United States Attorney, and C. Douglas Thoresen, Assistant Federal Defender, and hereby request this case be set for a plea hearing on September 23, 2013, as Mr. Boucek is not available on September 16, 2013, due to prior court obligations.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

s/ Braden Boucek
Braden Boucek
Assistant United States Attorney
110 9th Avenue, South, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013, I electronically filed the foregoing Joint Supplemental Motion to Set for Plea with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Braden Boucek, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN