UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00002 |
| | ) Chief Judge Haynes |
| JASON HUTCHERSON | ) |

ORDER

For good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing for Jason Hutcherson be continued to March 13, 2014, at 3:00 pm. Jason Hutcherson will likewise be given until February 24, 2014, to file objections to the presentence report.

ENTERED this 4th day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge, United States District Court

Approved for entry:

s/ C. Douglas Thoresen
C. Douglas Thoresen
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
Telephone: (615) 736-5047
Attorney for Jason Hutcherson