UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00002 |
| | ) | Chief Judge Haynes |
| JASON HUTCHERSON | ) | |

ORDER

This motion is granted.

[signature] 9-9-14

MOTION TO SEAL SENTENCING MEMORANDUM

The defendant, Jason Hutcherson, through counsel, respectfully moves the Court to seal the sentencing memorandum (Docket Entry 70) filed September 9, 2014, because of the sensitive nature contained therein.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047