UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00002 |
| | ) | Chief Judge Haynes |
| JASON HUTCHERSON | ) | |

*ORDER*

*Thurston* *GRANTED*

## MOTION TO SEAL MOTION TO CONTINUE SENTENCING HEARING

9/12/14

The defendant, Jason Hutcherson, through counsel, respectfully moves the Court to seal the Motion to Continue Sentencing Hearing (Docket Entry 72) filed September 9, 2014, because of the sensitive nature of the information contained therein.

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047